UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| MARK C. CHRISTENSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 21-11211-JCB |
| | ) | |
| DAVID WASHINGTON, | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR REASSIGNMENT AND
REPORT AND RECOMMENDATION

August 25, 2021

Boal, M.J.

For the reasons set forth below, this Court orders that this action be reassigned to a District Judge for further proceedings, and recommends to the District Judge to whom the case is assigned that this action be dismissed without prejudice.

I.  BACKGROUND

On July 26, 2021, Mark C. Christenson filed his self-prepared complaint. Docket No. 1. This action was randomly assigned to the undersigned Magistrate Judge pursuant to the District Court's Program for Random Assignment of Civil Cases to Magistrate Judges. Docket No. 2. On July 28, 2021, Christenson was ordered within 21 days of the order to either pay the filing fee or file a motion to proceed *in forma pauperis*. Docket No. 3. The Order stated that Christenson's failure to comply may result in the dismissal of this action. Id.

II.  DISCUSSION

To date, Christenson has not responded to the Court's order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action *sua*

*sponte* for a party's failure to prosecute his action and his failure to follow the Court's orders. Fed. R. Civ. P. 41(b). Here, dismissal is appropriate because without plaintiff's active participation, the Court is unable to advance the case to a resolution on the merits.

Accordingly, for the failure to comply with the July 28, 2021 Procedural Order, this action should be dismissed without prejudice.

III.    ORDER AND RECOMMENDATION

In accordance with the foregoing, this Court orders as follows:

1.    The Clerk shall reassign this action to a District Judge for dismissal without prejudice pursuant to Fed. R. Civ. P. 41(b).

2.    This Court recommends that the District Judge to whom this case is reassigned that this action be dismissed without prejudice for plaintiff's failure to comply with the July 28, 2021 Procedural Order.

IV.    REVIEW BY DISTRICT JUDGE

Christenson is hereby advised, pursuant to Fed. R. Civ. P. 72, that if he objects to this recommendation, he must file specific written objections thereto with the Clerk of this Court within 14 days of her receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections.   Christenson is further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P. 72(b) shall preclude further appellate review.  See Keating v. Secretary of Health and Human Services, 848 F.2d 271 (1st Cir. 1988); United States v. Emiliano Valencia-Copete, 792 F.2d 4 (1st Cir. 1986); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); United States v. Vega, 678 F.2d 376, 378-379 (1st Cir. 1982); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980);

see also Thomas v. Arn, 474 U.S. 140 (1985).

                                                SO ORDERED.

                                                /s/ Jennifer C. Boal
                                                JENNIFER C. BOAL
                                                United States Magistrate Judge